**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 11-cv-3098-AP**

**RAUL PANTON,**

    **Plaintiff,**

    **v.**

**MICHAEL ASTRUE, Commissioner of Social Security,**

    **Defendant.**

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff: Chris R. Noel
    Attorney address: 3000 Pearl Street, #212
    Telephone: 303 449 6503
    E mail: chrisildar@comcast.net

    For Defendant:

    United States Attorney
    WILLIAM PHARO
    Assistant United States Attorney

    By: Thomas Inman
    Special Assistant United States Attorney
    Assistant Regional Counsel
    Social Security Administration
    1001 17th Street
    Denver, Colorado  80202
    telephone: 303 844 x
    facsimile:   (303) 844-0770
    E mail: thomas.inman@ssa.gov
    Street Address:
    1225 Seventeenth Street, Suite 700

>                                     Denver, Colorado 80202
>                                     (303) 454-0100

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** 11/28/11

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 11/30/11

    C.    **Date Answer and Administrative Record Were Filed:** 1/30/12

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be verified until after Plaintiff's Opening Brief is filed.

**Defendant states:**  There are no issues with the accuracy or completeness of the administrative record.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** see Plaintiff's statement in Paragraph 4, above.

**Defendant states:**  None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff states: no unusual claims.

Defendant states: This case does not involve any unusual claims or defenses.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

> A. **Plaintiff's Opening Brief Due:  April 2, 2012**
>
> B. **Defendant's  Response Brief Due:  May 2, 2012**
>
> C. **Plaintiff's  Reply Brief Due: May 17, 2012**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

> A. **Plaintiff's Statement:** Oral Argument is requested.
>
> B. **Defendant's Statement:**  Oral Argument not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

> A. ( x ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 21st day of February, 2012.

                                          BY THE COURT:

                                          <u>S/John L. Kane</u>
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel<br>Chris R. Noel<br>3000 Pearl Street, #212<br>Telephone: 303 449 6503<br>e mail: chrisildar@comcast.net<br>Attorney for Plaintiff Raul Panton | x<br>UNITED STATES ATTORNEY<br><br>s/William Pharo<br>WILLIAM PHARO<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/Thomas Inman<br>By: Thomas Inman<br>Special Assistant U.S. Attorney<br>thomas.inman@ssa.gov<br><br>Mailing Address:<br>x<br>Denver, Colorado  80202<br>Telephone: (303) 844 x<br><br>Street Address:<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>Telephone:  (303) 454-0100<br><br>Attorneys for Defendant |