IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-03098-AP**

**RAUL PANTON,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## ORDER

Kane, J.

The Stipulated Motion for an Award of Attorney Fees (doc. #18), filed June 5, 2012, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$3,746.25**.

Dated at Denver, Colorado, this 5th day of June, 2012.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT